'Order entered April 7, 2020



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00522-CR

**JAMES GAVIN OVERLOON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00355-U**

### ORDER

Before the Court is appellant's April 6, 2020 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before April 27, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE